**Joseph Edward SCHELL,
Plaintiff–Appellant,**

**v.**

**Joe RICHARDS; et al., Defendants–
Appellees.**

No. 00–16849.

D.C. No. CV–95–01783–SMM.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

### MEMORANDUM **

Joseph Edward Schell appeals pro se the district court's summary judgment for Coconino County and the county sheriff in Schell's 42 U.S.C. § 1983 action alleging defendants violated his Eighth Amendment rights while he was a pretrial detainee in Coconino County jail. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a grant of summary judgment, *Jesinger v. Nevada Fed. Credit Union*, 24 F.3d 1127, 1130 (9th Cir.1994), and we affirm.

■ Summary judgment in favor of defendants was proper because Schell did not present sufficient evidence to create a genuine issue of material fact regarding whether defendants were deliberately indifferent to a substantial risk to Schell's health or safety. *See Farmer v. Brennan*, 511 U.S. 825, 834, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

■ The district court did not abuse its discretion by denying Schell's motion for appointment of counsel because Schell failed to show exceptional circumstances. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

